*Citadel Securities LLC v. United States Securities and Exchange Commission*, No. 24-12300

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Petitioner Citadel Securities LLC provides the following certificate of interested persons:

The undersigned counsel of record certifies that the following listed persons and entities as described in 11th Circuit Rule 26.1-2 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **Barbero, Megan**, counsel for Respondent United States Securities and Exchange Commission.

2. **Citadel Securities GP LLC**, parent company of Petitioner Citadel Securities LLC.

3. **Citadel Securities LLC**, Petitioner.

4. **Conley, Michael A.**, counsel for Respondent United States Securities and Exchange Commission.

5. **Francisco, Noel J.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

6. **Hardin, Tracey A.**, counsel for Respondent United States Securities and Exchange Commission.

7. **Hoyt, Joshua T.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

8. **Jones Day**, counsel for Petitioner Citadel Securities LLC.

9. **Lucas, Brinton**, Jones Day, counsel for Petitioner Citadel Securities LLC.

10. **Matro, Daniel E.**, counsel for Respondent United States Securities and Exchange Commission.

*Citadel Securities LLC v. United States Securities and Exchange Commission*, No. 24-12300

11.  **Rabbitt, Brian C.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

12.  **Roth, Yaakov M.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

13.  **United States Securities and Exchange Commission**, Respondent.

No publicly traded company or corporation has an interest in the outcome of the case. Petitioner will file an amended certificate of interested persons should it become aware of a change in interests that would affect the disclosures as required by Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-4.

Dated: July 19, 2024

Respectfully submitted,

*/s/ Noel J. Francisco*
Noel J. Francisco
Yaakov M. Roth
Brian C. Rabbitt
Brinton Lucas
Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

*Counsel for Petitioner*

*Citadel Securities LLC v. United States Securities and Exchange Commission*, No. 24-12300

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel of record hereby certifes that Petitioner Citadel Securities LLC is a wholly owned, indirect subsidiary of Citadel Securities GP LLC. Counsel further certifies that no publicly held corporation has a 10% or greater ownership interest in Citadel Securities GP LLC.

Dated: July 19, 2024                     Respectfully submitted,

*/s/ Noel J. Francisco*
Noel J. Francisco
Yaakov M. Roth
Brian C. Rabbitt
Brinton Lucas
Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

*Counsel for Petitioner*