Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 24-12300

**Caption:**

Citadel Securities LLC v. U.S. Securities and Exchange Commission

District and Division: _____
Name of Judge: _____
Nature of Suit: Agency Petition for Review
Date Complaint Filed: _____
District Court Docket Number: _____
Date Notice of Appeal Filed: 07/17/2024
☐ Cross Appeal    ☐ Class Action

Has this matter previously been before this court?
☐ Yes    ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | **For Petitioner:**<br>Noel J. Francisco<br>Jacob (Yaakov) M. Roth<br>Brian C. Rabbitt<br>Brinton Lucas<br>Joshua T. Hoyt | **Jones Day**<br>51 Louisiana Ave. NW<br>Washington, D.C. 20001 | Firm: (202) 879-3939<br>Fax: (202) 626-1700<br>Email: njfrancisco@jonesday.com |
| **For Appellee:**<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | **For Respondent:**<br>Daniel Matro | **U.S. Securities and Exchange Commission**<br>Office of the Secretary<br>100 F. St. NE Mail Stop 1090<br>Washington, D.C. 20549 | Phone: (202) 551-5400<br>Fax: (202) 772-9324<br>Email: matrod@sec.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☑ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☑ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other  Agency Final Order | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary    ☐ Granted<br>☐ Permanent       ☐ Denied |

Page 2

11th Circuit Docket Number: 24-12300

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? Whether the Order is contrary to law and whether the Order is arbitrary and capricious.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name/Statute  15 U.S.C. § 78mm.
    (b) Citation
    (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name  American Securities Association et al. v. U.S. Securities and Exchange Commission
    (b) Citation
    (c) Docket Number if unreported  No. 23-13396
    (d) Court or Agency  Eleventh Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☑ No
    (b) Among circuits? ☐ Yes ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

(1) Whether the Order should be set aside as contrary to law.

(2) Whether the Order should be set aside as arbitrary and capricious.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  30th  DAY OF  July , 2024 .

Noel J. Francisco
NAME OF COUNSEL (Print)

/s Noel J. Francisco
SIGNATURE OF COUNSEL