# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12300

_____

CITADEL SECURITIES LLC,

                              Petitioner,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

                              Respondent.

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 45715

_____

ORDER:

2                    Order of the Court                    24-12300

The motion to stay the appeal is GRANTED. This appeal is stayed until a decision is issued in American Securities Association v. SEC, No. 23-13396 pending before this Court.

The movant is DIRECTED to promptly file a notice when the decision is issued.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE