No. 24-12300

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CITADEL SECURITIES LLC,
*Petitioner*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
*Respondent.*

On Petition for Review of an Order
of the Securities and Exchange Commission

# RESPONDENT SECURITIES AND EXCHANGE COMMISSION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*Citadel Securities LLC v. United States Securities and Exchange Commission*, No. 24-12300

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, the undersigned counsel for Respondent Securities and Exchange Commission hereby certifies that the following listed persons and entities have an interest in the outcome of this case:

1) Barbero, Megan, counsel for Respondent Securities and Exchange Commission.

2) Citadel Securities GP LLC, parent company of Petitioner Citadel Securities LLC.

3) Citadel Securities LLC, Petitioner.

4) Conley, Michael A., counsel for Respondent Securities and Exchange Commission.

5) Francisco, Noel J., Jones Day, counsel for Petitioner Citadel Securities LLC.

6) Hardin, Tracey A., counsel for Respondent Securities and Exchange Commission.

7) Hoyt, Joshua T., Jones Day, counsel for Petitioner Citadel Securities LLC.

8) Jones Day, counsel for Petitioner Citadel Securities LLC.

9) Lucas, Brinton, Jones Day, counsel for Petitioner Citadel Securities LLC.

10) Matro, Daniel E., counsel for Respondent Securities and Exchange Commission.

11) Rabbitt, Brian C., Jones Day, counsel for Petitioner Citadel Securities LLC.

12) Roth, Yaakov M., Jones Day, counsel for Petitioner Citadel Securities LLC.

13) United States Securities and Exchange Commission, Respondent.

Respectfully submitted,

MEGAN BARBERO  /s/ Daniel E. Matro
*General Counsel*  DANIEL E. MATRO
  *Senior Appellate Counsel*

MICHAEL A. CONLEY
*Solicitor*  Securities and Exchange Commission
  100 F Street, N.E.
TRACEY A. HARDIN  Washington, D.C. 20549-9040
*Assistant General Counsel*  (202) 551-8248 (Matro)
  matrod@sec.gov

August 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the Court's CM/ECF system, which will send notice to all the parties.

*/s/ Daniel E. Matro*
DANIEL E. MATRO

August 12, 2024