No. 24-12300

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

CITADEL SECURITIES LLC,
Petitioner,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
Respondent.
_____

ON PETITION FOR REVIEW OF A DECISION OF THE U.S. SECURITIES
AND EXCHANGE COMMISSION, AGENCY NO. 45715
_____

INTERVENOR-APPLICANTS
THE NASDAQ STOCK MARKET LLC, NASDAQ BX, INC.,
NASDAQ GEMX, LLC, NASDAQ ISE, LLC, NASDAQ MRX,
LLC, AND NASDAQ PHLX LLC'S
CERTIFICATE OF INTERESTED PERSONS
_____

    Stephen J. Kastenberg
    Paul Lantieri III
    BALLARD SPAHR LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    (215) 665-8500

    *Counsel for Proposed Intervenors The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC*

*Citadel Securities LLC v. United States Securities and Exchange Commission*, No. 24-12300

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Movants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC provide the following certificate of interested persons.

The undersigned counsel of record certify that the following listed persons and entities as described in Eleventh Circuit Rule 26.1-2 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **Ballard Spahr LLP**, counsel for Movants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC

2. **Barbero, Megan**, counsel for Respondent United States Securities and Exchange Commission

3. **Borse Dubai Limited**, owner of more than 10% of Nasdaq, Inc.'s shares

4. **BOX Exchange LLC**, subject to the challenged order as a member and participant of CAT LLC

5. **Cboe BYX Exchange, Inc.**, subject to the challenged order as a member and participant of CAT LLC

6. **Cboe BZX Exchange, Inc.**, subject to the challenged order as a member and participant of CAT LLC

7. **Cboe C2 Exchange, Inc.**, subject to the challenged order as a member and

participant of CAT LLC

8. **Cboe EDGA Exchange, Inc.**, subject to the challenged order as a member and participant of CAT LLC

9. **Cboe EDGX Exchange, Inc.**, subject to the challenged order as a member and participant of CAT LLC

10. **Cboe Exchange, Inc.**, subject to the challenged order as a member and participant of CAT LLC

11. **Cboe Global Markets, Inc. (BATS: CBOE)**, direct or indirect parent company of Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe C2 Exchange, Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Inc., and Cboe Exchange, Inc.

12. **Citadel Securities GP LLC**, parent company of Petitioner Citadel Securities LLC

13. **Citadel Securities LLC**, Petitioner

14. **Conley, Michael A.**, counsel for Respondent United States Securities and Exchange Commission

15. **Consolidated Audit Trail, LLC**, a jointly owned limited liability company formed under Delaware state law through which the participants conduct the activities of the CAT NMS Plan

16. **Financial Industry Regulatory Authority, Inc.**, subject to the challenged order as a member and participant of CAT LLC

17. **Francisco, Noel J.**, Jones Day, counsel for Petitioner Citadel Securities LLC

18. **Hardin, Tracey A.**, counsel for Respondent United States Securities and Exchange Commission

19. **Hoyt, Joshua T.**, Jones Day, counsel for Petitioner Citadel Securities LLC

20. **Intercontinental Exchange, Inc. (NYSE: ICE)**, indirect parent of New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE Chicago, Inc., and NYSE National, Inc.

21. **International Securities Exchange Holdings, Inc.**, sole LLC member of Nasdaq GEMX LLC, Nasdaq ISE LLC, and Nasdaq MRX LLC

22. **Investor AB (Nasdaq Stockholm: INVEB)**, owner of more than 10% of Nasdaq, Inc.'s shares

23. **Investors' Exchange, LLC**, subject to the challenged order as a member and participant of CAT LLC

24. **Jones Day**, counsel for Petitioner Citadel Securities LLC

25. **Kastenberg, Stephen J.**, Ballard Spahr LLP, counsel for Movants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC

26. **Lantieri, Paul**, Ballard Spahr LLP, counsel for Movants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC

27. **Long-Term Stock Exchange, Inc.**, subject to the challenged order as a member and participant of CAT LLC

28. **Lucas, Brinton**, Jones Day, counsel for Petitioner Citadel Securities LLC

29. **Matro, Daniel E.**, counsel for Respondent United States Securities and Exchange Commission

30. **MEMX LLC**, subject to the challenged order as a member and participant of CAT LLC

31. **Miami International Securities Exchange LLC**, subject to the challenged order as a member and participant of CAT LLC

32. **MIAX Emerald, LLC**, subject to the challenged order as a member and participant of CAT LLC

33. **MIAX PEARL, LLC**, subject to the challenged order as a member and participant of CAT LLC

34. **Nasdaq BX, Inc.**, Movant

35. **Nasdaq GEMX, LLC**, Movant

36. **Nasdaq, Inc. (Nasdaq: NDAQ)**, sole owner of LLC interest in The

       Nasdaq Stock Market LLC and Nasdaq PHLX LLC and parent company of Nasdaq BX, Inc.

37. **Nasdaq ISE, LLC**, Movant

38. **Nasdaq MRX, LLC**, Movant

39. **Nasdaq PHLX LLC**, Movant

40. **New York Stock Exchange LLC**, subject to the challenged order as a member and participant of CAT LLC

41. **NYSE American LLC**, subject to the challenged order as a member and participant of CAT LLC

42. **NYSE Arca, Inc.**, subject to the challenged order as a member and participant of CAT LLC

43. **NYSE Chicago, Inc.**, subject to the challenged order as a member and participant of CAT LLC

44. **NYSE National, Inc.**, subject to the challenged order as a member and participant of CAT LLC

45. **Rabbitt, Brian C.**, Jones Day, counsel for Petitioner Citadel Securities LLC

46. **Roth, Yaakov M.**, Jones Day, counsel for Petitioner Citadel Securities LLC

47. **The Nasdaq Stock Market LLC**, Movant

48. **The Vanguard Group, Inc.**, owner of 10% or more of Cboe Global Markets, Inc.'s common stock as of June 30, 2023

49. **Thoma Bravo UGP, LLC**, owner of more than 10% of Nasdaq, Inc.'s shares

50. **United States Securities and Exchange Commission**, Respondent

No publicly traded company or corporation, other than those identified above or in the certificates of interested persons filed by Petitioner on July 17 and 19, 2024, has an interest in the outcome of this case. Movants will file an amended certificate of interested persons should they become aware of a change in interests that would affect the disclosures as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-4.

Date:  August 14, 2023

*/s/ Paul Lantieri III*
Stephen J. Kastenberg
Paul Lantieri III
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.665.8500
Facsimile: 215.864.8999
kastenberg@ballardspahr.com
lantierip@ballardspahr.com

*Counsel for The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC*

## CERTIFICATE OF SERVICE

I certify that, on August 14, 2023, I electronically filed the foregoing with the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system. Parties represented by registered CM/ECF users will be served by the CM/ECF system.

*/s/ Paul Lantieri III*
Paul Lantieri III