## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 16, 2024

Gregory M. Boyle
Jenner & Block, LLP
353 N CLARK ST
CHICAGO, IL 60654

Elizabeth B. Deutsch
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

Ian Heath Gershengorn
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

Paul Greenwalt III
ArentFox Schiff, LLP
233 S WACKER DR STE 7100
CHICAGO, IL 60606

Stephen J. Kastenberg
Ballard Spahr, LLP
1735 MARKET ST FL 51
PHILADELPHIA, PA 19103-7599

Paul Lantieri III
Ballard Spahr, LLP
1735 MARKET ST FL 51
PHILADELPHIA, PA 19103-7599

Jonathan J. Marshall
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

Michael K. Molzberger

ArentFox Schiff, LLP
233 S WACKER DR STE 7100
CHICAGO, IL 60606

Adam Granich Unikowsky
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

Appeal Number: 24-12300-A
Case Style: Citadel Securities LLC v. U.S. Securities and Exchange Commission
Agency Docket Number: 45715

The enclosed order has been ENTERED.

Intervenor Certificate of Interested Persons (CIP) requirements
A motion for leave to intervene in this case has been granted. Intervenor(s) must file a CIP and complete the web-based CIP within 28 days from the date of this notice. See 11th Cir. R. 26.1-1(a)(3) and 26.1-1(b).

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:     404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action