# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12300

_____

CITADEL SECURITIES LLC,

                                                            Petitioner,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

                                                         Respondent.

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 45715

_____

ORDER:

| 2 | Order of the Court | 24-12300 |

"Consolidated Audit Trail, LLC's Unopposed Motion for Leave to Intervene," seeking leave to intervene in support of Respondent, is GRANTED.

The "Motion for Leave to Intervene in Support of Respondent by Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe C2 Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., and Cboe Exchange, Inc." is GRANTED.

The "Unopposed Motion for Leave to Intervene by The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC," seeking leave to intervene in support of Respondent, is GRANTED.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE