**No. 24-12300**

---

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

CITADEL SECURITIES LLC,

*Petitioner,*

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent,*

CBOE BYX EXCHANGE, INC.,
CBOE BZX EXCHANGE, INC.,
CBOE C2 EXCHANGE, INC.,
CBOE EDGA EXCHANGE, INC.,
CBOE EDGX EXCHANGE, INC., ET AL.,

*Intervenors.*

---

Petition for Review of an Order of
the Securities and Exchange Commission
Release No. 34-100181

---

## Motion to Withdraw Appearance of Joshua T. Hoyt

---

Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
jhoyt@jonesday.com

*Counsel for Petitioner*

*Citadel Securities LLC v. United States Securities and Exchange Commission*, No. 24-12300

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1 through 26.1-3, Petitioner Citadel Securities LLC provides the following certificate of interested persons:

The undersigned counsel of record certifies that the following listed persons and entities as described in 11th Circuit Rule 26.1-2 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **Barbero, Megan**, counsel for Respondent United States Securities and Exchange Commission.

2. **Citadel Securities GP LLC**, parent company of Petitioner Citadel Securities LLC.

3. **Citadel Securities LLC**, Petitioner.

4. **Conley, Michael A.**, counsel for Respondent United States Securities and Exchange Commission.

5. **Francisco, Noel J.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

6. **Hardin, Tracey A.**, counsel for Respondent United States Securities and Exchange Commission.

7. **Hoyt, Joshua T.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

8. **Jones Day**, counsel for Petitioner Citadel Securities LLC.

9. **Lucas, Brinton**, Jones Day, counsel for Petitioner Citadel Securities LLC.

10. **Matro, Daniel E.**, counsel for Respondent United States Securities and Exchange Commission.

*Citadel Securities LLC v. United States Securities and Exchange Commission*, No. 24-12300

11.  **Phillips, David**, Jones Day, counsel for Petitioner Citadel Securities LLC.

12.  **Rabbitt, Brian C.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

13.  **Roth, Yaakov M.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

14.  **United States Securities and Exchange Commission**, Respondent.

No publicly traded company or corporation has an interest in the outcome of the case. Petitioner will file an amended certificate of interested persons should it become aware of a change in interests that would affect the disclosures as required by Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-4.

Dated: January 21, 2025

Respectfully submitted,

*/s/Joshua T. Hoyt*
Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
jhoyt@jonesday.com

*Counsel for Petitioner*

*Citadel Securities LLC v. United States Securities and Exchange Commission*, No. 24-12300

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certifies that Petitioner Citadel Securities LLC is a wholly owned, indirect subsidiary of Citadel Securities GP LLC. Counsel further certifies that no publicly held corporation has a 10% or greater ownership interest in Citadel Securities GP LLC.

Dated: January 21, 2025

Respectfully submitted,

*/s/Joshua T. Hoyt*
Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
jhoyt@jonesday.com

*Counsel for Petitioner*

C-3

Joshua T. Hoyt hereby moves to withdraw as counsel for Petitioner Citadel Securities LLC. Mr. Hoyt will soon leave Jones Day. Citadel Securities will continue to be represented by other attorneys who have appeared on its behalf.

Dated: January 21, 2025

Respectfully submitted,

*/s/ Joshua T. Hoyt*
Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
jhoyt@jonesday.com

*Counsel for Petitioner*

1

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with (1) the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 37 words, excluding any parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type-style requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Garamond (a proportionally spaced typeface) using Microsoft Word.

Dated: January 21, 2025                    Respectfully submitted,

                                           */s/ Joshua T. Hoyt*

                                           *Counsel for Petitioner*

Certificate 1

## CERTIFICATE OF ELECTRONIC SUBMISSION

I certify that: (1) any required privacy redactions have been made; (2) the electronic submission of this document is an exact copy of any corresponding paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free from viruses.

Dated: January 21, 2025                     Respectfully submitted,

*/s/ Joshua T. Hoyt*

*Counsel for Petitioner*

Certificate 2

## CERTIFICATE OF SERVICE

I certify that on January 21, 2025, the foregoing Motion was electronically filed with the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 21, 2025           Respectfully submitted,

*/s/Joshua T. Hoyt*

*Counsel for Petitioner*

Certificate 3