# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12300

_____

CITADEL SECURITIES LLC,

Petitioner,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

Respondent,

CBOE BYX EXCHANGE, INC.,
CBOE BZX EXCHANGE, INC.,
CBOE C2 EXCHANGE, INC.,
CBOE EDGA EXCHANGE, INC.,
CBOE EDGX EXCHANGE, INC., et al.,

Intervenors.

2                          Order of the Court                          24-12300

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 45715

_____

ORDER:

Joshua T. Hoyt's motion to withdraw as counsel for Petitioner Citadel Securities LLC., is GRANTED.


/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE