In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12300

_____

CITADEL SECURITIES LLC,

Petitioner,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

Respondent,

CBOE BYX EXCHANGE, INC.,
CBOE BZX EXCHANGE, INC.,
CBOE C2 EXCHANGE, INC.,
CBOE EDGA EXCHANGE, INC.,
CBOE EDGX EXCHANGE, INC., et al.,

Intervenors.

2                           Order of the Court                        24-12300

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 45715

_____

ORDER:

Jacob M. Roth's motion to withdraw as counsel for Peti-
tioner Citadel Securities LLC., is GRANTED.


/s/ Robert J. Luck_____
UNITED STATES CIRCUIT JUDGE