# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 24-12300

CITADEL SECURITIES LLC,

*Petitioner,*

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

*Respondent,*

CBOE BYX EXCHANGE, INC.,
CBOE BZX EXCHANGE, INC.,
CBOE C2 EXCHANGE, INC.,
CBOE EDGA EXCHANGE, INC.,
CBOE EDGX EXCHANGE, INC., et al.,

*Intervenors.*

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 45715

2                          Order of the Court                          24-12300

ORDER:

The motion to stay the appeal is GRANTED.

The movant is DIRECTED to file status reports with the Court every 60 days regarding the purpose for the stay, with the first status report due 60 days after the date of this order. The movant also is DIRECTED to promptly file a notice with the Court when the purpose for the stay is obviated.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE