**No. 24-12300**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

CITADEL SECURITIES LLC,

*Petitioner*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent*.

---

On Petition for Review of an Order of the
United States Securities and Exchange Commission
Release No. 34-100181

---

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND
AMENDED CORPORATE DISCLOSURE STATEMENT**

---

Paul E. Greenwalt III
Michael K. Molzberger
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: (312) 258-5500
paul.greenwalt@afslaw.com
michael.molzberger@afslaw.com

J. Maxwell Heckendorn
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas,
42nd Floor
New York, NY 10019
max.heckendorn@afslaw.com

*Counsel for Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc.,
Cboe C2 Exchange, Inc. Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc.,
and Cboe Exchange, Inc*

*Citadel Securities LLC v. United States Securities and Exchange Commission*,
Case No. 24-12300

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

## <u>AMENDED CERTIFICATE OF INTERESTED PERSONS</u>

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, the undersigned counsel of record for Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe C2 Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., and Cboe Exchange, Inc., certifies that the persons and entities below are currently known to have an interest in the outcome of this case. <u>This amendment is to remove The Vanguard Group, Inc. because that entity no longer owns more than 10% of Cboe Global Markets, Inc.'s shares</u>.

1.    **ArentFox Schiff LLP**, counsel for Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

2.    **Ballard Spahr LLP**, counsel for The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX LLC, and Nasdaq PHLX LLC.

3.    **Barbero, Megan**, counsel for Respondent United States Securities and Exchange Commission.

*Citadel Securities LLC v. United States Securities and Exchange Commission*,
Case No. 24-12300

4. **Borse Dubai Limited**, owner of more than 10% of Nasdaq, Inc.'s shares.

5. **BOX Exchange LLC**, member and participant of CAT LLC.

6. **Boyle, Gregory M.**, Jenner & Block, counsel for CAT LLC.

7. **Cboe BYX Exchange, Inc.**, member and participant of CAT LLC.

8. **Cboe BZX Exchange, Inc.**, member and participant of CAT LLC.

9. **Cboe C2 Exchange, Inc.**, member and participant of CAT LLC.

10. **Cboe EDGA Exchange, Inc.**, member and participant of CAT LLC.

11. **Cboe EDGX Exchange, Inc.**, member and participant of CAT LLC.

12. **Cboe Exchange, Inc.**, member and participant of CAT LLC.

13. **Cboe Global Markets, Inc.**, (ticker symbol: CBOE), direct or indirect parent company of Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

14. **Citadel Securities GP LLC**, parent company of Petitioner Citadel Securities LLC.

15. **Citadel Securities LLC**, Petitioner.

16. **Conley, Michael A.**, counsel for Respondent United States Securities and Exchange Commission.

*Citadel Securities LLC v. United States Securities and Exchange Commission*,
Case No. 24-12300

17.    **Consolidated Audit Trail, LLC**, a jointly owned limited liability company formed under Delaware state law through which the participants conduct the activities of the CAT NMS Plan.

18.    **Deutsch, Elizabeth B.**, Jenner & Block, counsel for CAT LLC.

19.    **Financial Industry Regulatory Authority, Inc.**, member and participant of CAT LLC.

20.    **Francisco, Noel J.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

21.    **Gershengorn, Ian Heath**, Jenner & Block, counsel of Record for Intervenor CAT LLC.

22.    **Greenwalt, Paul, III**, ArentFox Schiff, counsel for Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

23.    **Hardin, Tracey A.**, counsel for Respondent United States Securities and Exchange Commission.

24.    **Heckendorn, J. Maxwell**, ArentFox Schiff, counsel for Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

25.    **Hoyt, Joshua T.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

*Citadel Securities LLC v. United States Securities and Exchange Commission*, Case No. 24-12300

26.    **Intercontinental Exchange, Inc.** (NYSE: ICE), indirect parent of New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE Chicago, Inc., and NYSE National, Inc.

27.    **Investor AB** (Nasdaq Stockholm: INVEB), owner of more than 10% of Nasdaq, Inc.'s shares.

28.    **Investors' Exchange LLC,** member and participant of CAT LLC.

29.    **Jones Day**, counsel for Petitioner Citadel Securities LLC.

30.    **Kastenberg, Stephen J.**, Ballard Spahr LLP, counsel for Intervenors The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC

31.    **Lantieri, Paul**, Ballard Spahr LLP, counsel for The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

32.    **Long-Term Stock Exchange, Inc.**, member and participant of CAT LLC.

33.    **Lucas, Brinton**, Jones Day, counsel for Petitioner Citadel Securities LLC.

34.    **Marshall, Jonathan J.**, Jenner & Block, counsel for CAT LLC.

35.    **Matro, Daniel E.**, counsel for Respondent United States Securities and Exchange Commission.

*Citadel Securities LLC v. United States Securities and Exchange Commission*, Case No. 24-12300

36.   **MEMX LLC**, member and participant of CAT LLC, member and participant of CAT LLC.

37.   **Miami International Securities Exchange LLC**, member and participant of CAT LLC.

38.   **MIAX Emerald, LLC**, member and participant of CAT LLC.

39.   **MIAX PEARL, LLC**, member and participant of CAT LLC.

40.   **MIAX Sapphire, LLC**, member and participant of CAT LLC.

41.   **Molzberger, Michael**, ArentFox Schiff, counsel for Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

42.   **Nasdaq BX, Inc.**, member and participant of CAT LLC.

43.   **Nasdaq GEMX, LLC**, member and participant of CAT LLC.

44.   **Nasdaq ISE, LLC**, member and participant of CAT LLC.

45.   **Nasdaq MRX, LLC**, member and participant of CAT LLC.

46.   **Nasdaq PHLX LLC**, member and participant of CAT LLC.

47.   **Nasdaq, Inc.** (Nasdaq: NDAQ), sole owner of LLC interest in The Nasdaq Stock Market LLC and Nasdaq PHLX LLC and parent company of Nasdaq BX, Inc.

48.   **New York Stock Exchange LLC**, member and participant of CAT LLC.

*Citadel Securities LLC v. United States Securities and Exchange Commission*,
Case No. 24-12300

49.    **NYSE American LLC**, member and participant of CAT LLC.

50.    **NYSE Arca, Inc.**, member and participant of CAT LLC.

51.    **NYSE Chicago, Inc.**, member and participant of CAT LLC.

52.    **NYSE National, Inc.**, member and participant of CAT LLC.

53.    **The Nasdaq Stock Market LLC**, member and participant of CAT LLC.

54.    **Rabbitt, Brian C.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

55.    **Roth, Yaakov M.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

56.    **Thoma Bravo UGP, LLC**, owner of more than 10% of Nasdaq, Inc.'s shares.

57.    **Unikowsky, Adam G.**, Jenner & Block, Counsel for CAT LLC.

58.    **United States Securities and Exchange Commission**, Respondent.

Dated: May 4, 2026                              Respectfully submitted,

                                               */s/ Paul E. Greenwalt III*
                                                Paul E. Greenwalt III
                                                Michael K. Molzberger
                                                ARENTFOX SCHIFF LLP
                                                233 S. Wacker Dr., Suite 7100
                                                Chicago, IL 60606
                                                (312) 258-5702
                                                paul.greenwalt@afslaw.com
                                                michael.molzberger@afslaw.com

*Citadel Securities LLC v. United States Securities and Exchange Commission*,
Case No. 24-12300

J. Maxwell Heckendorn
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas,
42nd Floor
New York, NY 10019
max.heckendorn@afslaw.com


*Counsel for Intervenors Cboe BYX
Exchange, Inc., Cboe BZX Exchange,
Inc., Cboe C2 Exchange, Inc. Cboe
EDGA Exchange, Inc., Cboe EDGX
Exchange, Inc., and Cboe Exchange, Inc.*

*Citadel Securities LLC v. United States Securities and Exchange Commission*,
Case No. 24-12300

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-2, the undersigned counsel of record certifies that Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe C2 Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., and Cboe Exchange, Inc. are each a direct or indirect wholly-owned subsidiary of Cboe Global Markets, Inc. (ticker symbol "CBOE"), a public company. Cboe Global Markets, Inc. has no parent corporation.  No publicly held corporation owns 10% or more of Cboe Global Markets, Inc.'s shares.

Dated: May 4, 2026                    Respectfully submitted,

                                      */s/ Paul E. Greenwalt III*

                                      Paul E. Greenwalt III
                                      Michael K. Molzberger
                                      ARENTFOX SCHIFF LLP
                                      233 S. Wacker Dr., Suite 7100
                                      Chicago, IL 60606
                                      (312) 258-5702
                                      paul.greenwalt@afslaw.com
                                      michael.molzberger@afslaw.com

*Citadel Securities LLC v. United States Securities and Exchange Commission,*
Case No. 24-12300

J. Maxwell Heckendorn
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas,
42nd Floor
New York, NY 10019
max.heckendorn@afslaw.com

*Counsel for Intervenors Cboe BYX
Exchange, Inc., Cboe BZX Exchange,
Inc., Cboe C2 Exchange, Inc. Cboe
EDGA Exchange, Inc., Cboe EDGX
Exchange, Inc., and Cboe Exchange,
Inc.*