**No. 24-12300**

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

CITADEL SECURITIES LLC,

*Petitioner*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent*,

CBOE BYX EXCHANGE, INC., ET AL., AND
CONSOLIDATED AUDIT TRAIL, LLC,

*Intervenors.*

Petition for Review of an Order of
the Securities and Exchange Commission
Release No. 34-100181

**JOINT STATUS REPORT**

Daniel Matro
U.S. SECURITIES & EXCHANGE
COMMISSION
100 F Street NE
Washington, DC 20549
(202) 551-8248
matrod@sec.gov

*Counsel for Respondent*

Noel J. Francisco
Brian C. Rabbitt
Brinton Lucas
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
(858) 314-1200

*Counsel for Petitioner*

**JOINT STATUS REPORT**

On March 5, 2026, Citadel Securities and the SEC jointly moved to hold this case in abeyance in light of the Commission's comprehensive review of the Consolidated Audit Trail (CAT). Doc. 42 at 5-7. That review could "result in material changes to the CAT that may eliminate any need to adjudicate this case." *Id.* at 6. This Court granted the motion on March 10, 2026, directing the movants to file status reports every 60 days. Doc. 43.

On April 16, 2026, the Commission issued a concept release seeking public comment on various aspects of the CAT to support the SEC's comprehensive review. 91 Fed. Reg. 20945 (2026). Comments on the release are due by June 22, 2026. *Id.* at 20946. Because the Commission's comprehensive review remains ongoing, this matter should remain in abeyance.

Meanwhile, on March 16, 2026, the Commission issued an order approving a model for funding the CAT through March 2028 while the SEC conducts its comprehensive review. 91 Fed. Reg. 13410. Along with the American Securities Association, Citadel Securities has petitioned for review of that order in this Court. 26-10936 Doc. 1. As was true of the prior challenge to the SEC's 2023 order funding the CAT, some of the arguments raised in this challenge—if accepted—could affect the need to adjudicate this case. Doc. 11 at 7-8; 26-10936 Doc. 20-1 at 10-14. That is another reason for this matter to stay in abeyance.

1

Dated: May 11, 2026

Respectfully submitted,

/s/ *Daniel Matro*
Daniel Matro
U.S. SECURITIES & EXCHANGE COMMISSION
100 F Street NE
Washington, DC 20549
(202) 551-8248
matrod@sec.gov

*Counsel for Respondent*

/s/ *Noel J. Francisco*
Noel J. Francisco
Brian C. Rabbitt
Brinton Lucas
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
(858) 314-1200

*Counsel for Petitioner*

# CERTIFICATE OF ELECTRONIC SUBMISSION

The undersigned counsel of record certify that: (1) any required privacy redactions have been made; (2) the electronic submission of this document is an exact copy of any corresponding paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free from viruses.

Dated: May 11, 2026                     Respectfully submitted,

_/s/ Daniel Matro_                      _/s/ Noel J. Francisco_

_Counsel for Respondent_                _Counsel for Petitioner_

Certificate 1

## CERTIFICATE OF SERVICE

The undersigned counsel of record certify that on May 11, 2026, the foregoing status report was electronically filed with the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. Counsel certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 11, 2026

*/s/Daniel Matro*

*Counsel for Respondent*

Respectfully submitted,

*/s/ Noel J. Francisco*

*Counsel for Petitioner*

Certificate 2