**No. 24-12300**

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

CITADEL SECURITIES LLC,

*Petitioner*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent,*

CBOE BYX EXCHANGE, INC., ET AL., AND

CONSOLIDATED AUDIT TRAIL, LLC,

*Intervenors.*

Petition for Review of an Order of
the Securities and Exchange Commission
Release No. 34-100181

## PETITIONER'S NOTICE REGARDING CBOE INTERVENORS'
## AMENDED CERTIFICATE OF INTERESTED PERSONS

Noel J. Francisco
Brian C. Rabbitt
Brinton Lucas
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Dr., Ste. 1500
San Diego, CA 92121

*Counsel for Petitioner*
*Citadel Securities LLC*

**NOTICE REGARDING CBOE INTERVENORS'
AMENDED CERTIFICATE OF INTERESTED PERSONS**

On May 4, 2026, Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc, Cboe C2 Exchange, Inc, Cboe EDGA Exchange, Inc, Cboe EDGX Exchange, Inc and Cboe Exchange, Inc. filed an Amended CIP stating that The Vanguard Group, Inc. no longer owns a 10% or greater interest in Cboe Global Markets, Inc. Doc. 44. Petitioner has no reason to question the accuracy of that representation, thus it agrees with the deletion of The Vanguard Group, Inc. with respect to its interest in Cboe Global Markets, Inc. *See* 11th Cir. R. 26.1-4.

Dated: May 11, 2026                    Respectfully submitted,

                                       /s/ Noel J. Francisco
                                       Noel J. Francisco
                                       Brian C. Rabbitt
                                       Brinton Lucas
                                       JONES DAY
                                       51 Louisiana Ave., NW
                                       Washington, DC 20001
                                       (202) 879-3939
                                       njfrancisco@jonesday.com

                                       David Phillips
                                       JONES DAY
                                       4655 Executive Dr., Ste. 1500
                                       San Diego, CA 92121

                                       *Counsel for Petitioner*
                                       *Citadel Securities LLC*

2

## CERTIFICATE OF ELECTRONIC SUBMISSION

I certify that: (1) any required privacy redactions have been made; (2) the electronic submission of this document is an exact copy of any corresponding paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free from viruses.

Dated: May 11, 2026                    Respectfully submitted,

                                       */s/ Noel J. Francisco*

                                       *Counsel of Record for Petitioner*
                                       *Citadel Securities LLC*

Certificate 1

# CERTIFICATE OF SERVICE

I certify that on May 11, 2026, the foregoing Notice was electronically filed with the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 11, 2026                    Respectfully submitted,

*/s/ Noel J. Francisco*

*Counsel of Record for Petitioner*
*Citadel Securities LLC*

Certificate 2